UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
KEVIN GAREY, on behalf of himself :
and all others similarly situated, :
:
        Plaintiffs, :
:
    v. : Civil Action No. 1:19-cv-00388-JPO
:
SHOEBUY.COM, INC., :
:
        Defendant. :
:
------------------------------------------------------x

## STIPULATION DISMISSING ACTION WITH PREJUDICE

Plaintiff Kevin Garey ("Plaintiff") and defendant Shoebuy.com, Inc.

("Defendant") hereby stipulate pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) that the action referenced above shall be dismissed with prejudice

as against all parties. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

Dated: May 23, 2019.
Kew Gardens, New York

/s/ *Jonathan Shalom*

Jonathan Shalom
SHALOM LAW, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Telephone: 718-971-9474
Facsimile: 718-865-0943
E-mail: jshalom@jonathanshalomlaw.com

*Attorneys for Plaintiff*

Dated: May 23, 2019.
New York, New York

/s/ *Wendy Butler*

Wendy Butler
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
E-mail: wbutler@jonesday.com

*Attorneys for Defendant*

So ordered.
June 3, 2019

_____
J. PAUL OETKEN
United States District Judge

2